CLARK HILL LLP
Myriah Jaworski (SBN 336898)
mjaworski@clarkhill.com
Ali Bloom (SBN 347446)
abloom@clarkhill.com
505 Montgomery Street, 13th Floor
San Francisco, CA 94111
Telephone:  (619) 557-0404
Facsimile:  (619) 557-0460

Attorneys for Defendant 6SENSE INSIGHTS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL AMBROZEWICZ. DEVIN FRANKE, MATTHEW HARTZ, NICOLE LAMONICA, EDWARD BELL AND MADELINE GARCIA, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>6SENSE INSIGHTS, INC.,<br><br>Defendant. | Case No. 3:24-CV-07489-RS<br><br>**JOINT STIPULATION AND ORDER TO SET BRIEFING SCHEDULE**<br><br>Judge:  Magistrate Judge Donna M. Ryu |

Defendant 6sense Insights, Inc. ("Defendant" or "6sense") requests, and Plaintiffs Michael Ambrozewicz, et al., ("Plaintiffs") do not oppose, an extension of the time by which Defendant is required to respond to or answer Plaintiff's Complaint until January 24, 2025.

Further, should Defendant file a Motion challenging the Complaint, the Parties agree to and seek the Court's approval for the following proposed briefing schedule on that Motion:

- Defendant's Answer or Motion: January 24, 2025.
- Plaintiff's Opposition to Defendants' Motion: March 11, 2025.
- Defendant's Reply in Further Support of its Motion: March 27, 2025.

Dated:   November 13, 2024         **CLARK HILL LLP**

By:   */s/ Myriah Jaworski*
             Myriah Jaworski
Myriah Jaworski (SBN 336898)
Ali Bloom (SBN 347446)
505 Montgomery Street, 13th Floor
San Francisco, CA 94111
Telephone:    (619) 557-0404
Facsimile:     (619) 557-0460
*mjaworski@clarkhill.com*
*abloom@clarkhill.com*

*Attorneys for Defendant 6Sense Insights Inc.*

Dated:   November 13, 2024         **KAPLAN FOX & KILSHEIMER LLP**

By:   */s/ Laurence D. King*
             Laurence D. King
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:    (415) 772-4700
Facsimile:     (415) 772-4707
*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*breed@kaplanfox.com*
*colivares@kaplanfox.com*

| | |
|---|---|
| 1 | **THE BRUNO FIRM, LLC** |
| | Klint Bruno (*pro hac vice* to be filed) |
| 2 | Jennifer H. Gelman (*pro hac vice*) |
| | Michael L. Silverman (*pro hac vice* to be filed) |
| 3 | 205 North Michigan Avenue, Suite 810 |
| | Chicago, Illinois 60601 |
| 4 | Telephone: (312) 321-6481 |
| | *kb@brunolawus.com* |
| 5 | *jg@brunolawus.com* |
| | *msilverman@brunolawus.com* |
| 6 | |
| | *Attorneys for Plaintiffs and the Proposed Class* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Nancy Davis, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of November, 2024, at San Diego.

By: */s/ Nancy Davis*
Nancy Davis

**ORDER**

For good cause shown, IT IS SO ORDERED.

Dated: November 15, 2024

_____
HONORABLE RICHARD SEEBORG
U.S. DISTRICT JUDGE