UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL AMBROZEWICZ, et al.,

    Plaintiffs,

  v.

6SENSE INSIGHTS, INC.,

    Defendant.

Case No. 24-cv-07489-RS

**JUDGMENT**

On May 2, 2025, the Court granted Defendant's motion to dismiss for failure to state a claim. On May 22, 2025, Plaintiffs filed a notice to inform the court that they do not intend to file an amended complaint. Such notice enables Plaintiffs to obtain an appealable final judgment. *See Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1064 (9th Cir. 2004). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 28, 2025

_____
RICHARD SEEBORG
Chief United States District Judge